# In The United States Court of Federal Claims

## Cover Sheet

06-789 C

Plaintiff(s) or Petitioner(s)
Please See Attached

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Roger J. Marzulla

Firm Name: Marzulla & Marzulla

Post Office Box:

Street Address: 1350 Connecticut Ave., NW Suite 410

City-State-Zip: Washington, DC 20036

Telephone & Facsimile Numbers: p: (202) 822-6760 f: (202) 822-6774

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 1 4

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: H U D

See attached sheet for three-digit codes.

Amount Claimed: $ 100,000,000.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

# In the United States Court of Federal Claims
## GREENBRIAR, et al
## v
## THE UNITED STATES

**List of Claimants, Alphabetized and Numbered.**

| | |
|---|---|
| 1 | 5000 South Hampton Terrace |
| 2 | American River Limited Partnership |
| 3 | Aspen Manor, Limited Partnership |
| 4 | Bayside Village Apartments |
| 5 | Bear Mountain Village, Limited Partnership |
| 6 | Broadway Apartments |
| 7 | Bullocks Point Associates |
| 8 | California Properties-Aguilar |
| 9 | California Properties-Gardens |
| 10 | California Properties-Leisure Life |
| 11 | California Properties-Villages |
| 12 | Camelot North Company |
| 13 | Camelot South Company |
| 14 | Canyon Apartments Company |
| 15 | Carrier Arms Apartments, Ltd. |
| 16 | Cascade Terrace Limited Partnership |
| 17 | Churchland Square Apartments |
| 18 | Cottonwood Manor Company |
| 19 | Duarte Manor Associates |
| 20 | Dundale Square |
| 21 | East Green Hills Apartments, Ltd. |
| 22 | El Capitan Apartments, Ltd. |
| 23 | Ellendal Arms Apartments |
| 24 | Escondido Park Apartments |
| 25 | Estate of Daniel E. Foley |
| 26 | First Brookwood, Ltd. |
| 27 | First Parkwood Limited Partnership |
| 28 | First Village West Limited Partnership |
| 29 | Foothill Gardens Limited Partnership |
| 30 | Garland Gardens, Ltd. |
| 31 | Greenwood Gardens Associates |
| 32 | Happy Valley Villa |
| 33 | Harborview Towers Associates |
| 34 | Harpers Square Apartments |
| 35 | Henderson Inc. |
| 36 | High House Village Apartments, Ltd. |
| 37 | Hollister Plaze, Limited |
| 38 | Hollywood East Apartments, Ltd. |
| 39 | Houston Homes #1 Ltd. |
| 40 | Imperial Villa Apartments |
| 41 | John Knox |
| 42 | KPKA Greenlakes Co. |
| 43 | L.A. Pro III Apartments |
| 44 | L.A. Pro VII Apartments, Ltd. |

| | |
|---|---|
| 45 | L.A. Pro XXXII Apartments, Ltd. |
| 46 | La Verne Terrace Limited Partnership |
| 47 | Lake Village |
| 48 | Laurel Canyon Terrace |
| 49 | Leigh Ann Apartments, Ltd. |
| 50 | Mayflower Village Associates |
| 51 | Meyler Park Apartments |
| 52 | Mid City Apartments Ltd. |
| 53 | Midtown Apartments Ltd. |
| 54 | Miller Avenue Apartments |
| 55 | Napa Park, Ltd. |
| 56 | Neld North Apartments Ltd. |
| 57 | Ontario Townhouses |
| 58 | Palmdalia Limited Partnership |
| 59 | Queen Ann Investment Company |
| 60 | Realty Partners Prop. Ltd. |
| 61 | Realty Partners Prop. Ltd. |
| 62 | Rolling Green Associates |
| 63 | Rolling Meadows, Ltd. |
| 64 | Rose Gardens Housing Limited Partnership |
| 65 | Santa Clara Terrace Company |
| 66 | Second Lake Village |
| 67 | Sheridan East Villa |
| 68 | Sheridan South Villa |
| 69 | Sheridan West Villa |
| 70 | Skyline Fox Hollow Joint Venture |
| 71 | South Park Apartments, Ltd. |
| 72 | Southside Village Apartments, Ltd. |
| 73 | Tempe Apartments, Limited Partnership |
| 74 | Tempe Garden I |
| 75 | The Villages, Ltd. |
| 76 | Trask Limited Partnership |
| 77 | Turner Investment Ltd. |
| 78 | University Gardens Apartments, Ltd. |
| 79 | Vacaville Park Apartments |
| 80 | Vernal Housing Limited Partnership |
| 81 | Villa Capri Limited Partnership |
| 82 | Walnut Manor Ltd. |
| 83 | West Arms Limited Partnership |
| 84 | Westside Apartments Ltd. |