ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CARRIER ARMS APARTMENTS, LTD., FIRST BROOKWOOD, LTD., FIRST PARKWOOD LIMITED PARTNERSHIP, FIRST VILLAGE WEST LIMITED PARTNERSHIP, HIGH HOUSE VILLAGE APARTMENTS, LTD., SKYLINE FOX HOLLOW JOINT VENTURE, SOUTH PARK APARTMENTS, LTD., SOUTHSIDE VILLAGE APARTMENTS, LTD., THE VILLAGES, LTD., UNIVERSITY GARDENS APARTMENTS, LTD., BROADWAY APARTMENTS, CALIFORNIA PROPERTIES-LEISURE LIFE, CALIFORNIA PROPERTIES-VILLAGES, CALIFORNIA PROPERTIES-AGUILAR, CALIFORNIA PROPERTIES-GARDENS, EL CAPITAN APARTMENTS, LTD., GARLAND GARDENS, LTD., LEIGH ANN APARTMENTS, LTD., ROLLING MEADOWS, LTD., WALNUT MANOR LTD., 5000 SOUTH HAMPTON TERRACE, HENDERSON INC., VACAVILLE PARK APARTMENTS, AMERICAN RIVER LIMITED PARTNERSHIP, ASPEN MANOR, LIMITED PARTNERSHIP, BEAR MOUNTAIN VILLAGE, LIMITED PARTNERSHIP, CAMELOT NORTH COMPANY, CAMELOT SOUTH COMPANY, CANYON APARTMENTS COMPANY, CASCADE TERRACE LIMITED PARTNERSHIP, COTTONWOOD MANOR COMPANY, ELLENDALE ARMS APARTMENTS, ESCONDIDO PARK APARTMENTS,

FILED
NOV 22 2006
U.S. COURT OF FEDERAL CLAIMS

No. 06-789 C

Judge: ____________________

NOTICE OF DIRECTLY RELATED CASES

FOOTHILL GARDENS )
LIMITED PARTNERSHIP, )
HOLLISTER PLAZA, LIMITED, )
IMPERIAL VILLA APARTMENTS, )
LA VERNE TERRACE )
LIMITED PARTNERSHIP, )
LAUREL CANYON TERRACE, )
MEYLER PARK APARTMENTS, )
MILLER AVENUE APARTMENTS, )
NAPA PARK, LTD., )
ONTARIO TOWNHOUSES, )
PALMDALIA LIMITED PARTNERSHIP, )
QUEEN ANN INVESTMENT COMPANY,)
ROSE GARDENS HOUSING )
LIMITED PARTNERSHIP, )
SANTA CLARA TERRACE COMPANY, )
TEMPE APARTMENTS, )
LIMITED PARTNERSHIP, )
TEMPE GARDEN I, )
TRASK LIMITED PARTNERSHIP, )
VERNAL HOUSING )
LIMITED PARTNERSHIP, )
VILLA CAPRI LIMITED PARTNERSHIP, )
WEST ARMS LIMITED PARTNERSHIP, )
KPKA GREENLAKES CO., )
CHURCHLAND SQUARE )
APARTMENTS, DUNDALE SQUARE, )
HARPERS SQUARE APARTMENTS, )
JOHN KNOX, LAKE VILLAGE, )
SECOND LAKE VILLAGE, )
BAYSIDE VILLAGE APARTMENTS, )
BULLOCKS POINT ASSOCIATES, )
EAST GREEN HILLS )
APARTMENTS, LTD., )
HARBORVIEW TOWERS ASSOCIATES, )
MAYFLOWER VILLAGE ASSOCIATES, )
ROLLING GREEN ASSOCIATES, )
DUARTE MANOR ASSOCIATES, )
ESTATE OF DANIEL E. FOLEY, )
GREENWOOD GARDENS ASSOCIATES,)
HAPPY VALLEY VILLA, )
HOLLYWOOD EAST )
APARTMENTS, LTD., HOUSTON )
HOMES #1 LTD., L.A. PRO III )
APARTMENTS, L.A. PRO VII )
APARTMENTS, LTD., L.A. PRO XXXII )

| | |
|---|---|
| APARTMENTS LTD., MID CITY | ) |
| APARTMENTS LTD., MIDTOWN | ) |
| APARTMENTS LTD., NELD NORTH | ) |
| APARTMENTS LTD., REALTY | ) |
| PARTNERS PROP. LTD., | ) |
| REALTY PARTNERS PROP. LTD., | ) |
| SHERIDAN EAST VILLA, | ) |
| SHERIDAN MANOR, | ) |
| SHERIDAN SOUTH VILLA, | ) |
| SHERIDAN WEST VILLA, | ) |
| TURNER INVESTMENT LTD., | ) |
| WESTSIDE APARTMENTS LTD. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiffs hereby submit this notice of directly related cases. The above-captioned case involves some of the same plaintiffs and is based on the same or similar claims as the following cases that were previously before this Court:

*Greenbrier, et al. v. United States*, No. 96-326C (Fed. Cl. filed June 6, 1996)

*Carrier Arms, et al. v. United States*, No. 96-364C (Fed. Cl. filed June 24, 1996)

*Hobbs, et al. v. United States*, No. 96-435C (Fed. Cl. filed July 19, 1996)

*American River, et al. v. United States*, No. 96-697 (Fed. Cl. filed October 31, 1996)

Plaintiffs believe that assigning this case to the single judge would be likely to conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Roger J. Marzulla
Nancie G. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: November 22, 2006

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2006, a true and accurate copy of Plaintiffs' Notice of Directly Related Cases was served upon counsel by first-class mail, by placing the same in the United States mail, postage prepaid, addressed to:

David M. Cohen
Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
8th Floor
Washington, DC 20530

William McGonigle