**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARRIER ARMS APARTMENTS, LTD., et al., | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-789C |
| v. | ) | (Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including March 23, 2007, to respond to the plaintiffs' complaint in this case. Our response is currently due on January 22, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for the plaintiffs has stated that our request will not be opposed.

The enlargement is requested in order to allow the Government additional time to formulate a response to the complaint. Upon receipt of the complaint, defendant promptly sent a copy of it to the agency identified in the pleading, i.e., the United States Department of Housing and Urban Development, with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Given the large number of plaintiffs in this case, this requested enlargement of time is required so that agency counsel may have sufficient time to complete preparation of the requested litigation report and suggested response to the complaint, and so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification, and prepare and file the Government's response to the complaint. Defendant's counsel estimates that,

given his obligations in other cases he will be unable to familiarize himself with this case and prepare the defendant's response before March 23, 2007.

Furthermore, this enlargement is necessary because of the press of business in other matters for which defendant's counsel is responsible either as lead attorney or as a participant on a trial team. Defendant's counsel is lead attorney in Brown & Pipkins, LLC v. United States, Fed. Cl. No. 06-789, a bid protest involving claims for injunctive relief, in which he recently presented oral argument upon the parties' cross-motion for judgment upon the administrative record. As a participant in the trial team for Claremont Village Commons v. United States, No. 94-10002C (Fed. Cl.), scheduled for trial on March 5, 2007, counsel for defendant will be involved in taking and defending depositions, drafting pre-trial filings, and preparing for trial.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

January 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of January 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kenneth D. Woodrow