**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARRIER ARMS APARTMENTS, LTD., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-789C (Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND UNOPPOSED**
**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including April 23, 2007, to respond to the plaintiffs' complaint in this case. Our response is currently due on March 23, 2007. This is defendant's second request for an enlargement of time for this purpose. Counsel for the plaintiffs has stated that our request will not be opposed.

The enlargement is requested in order to allow the Government additional time to formulate a response to the complaint in light of the Court's March 14, 2007, ruling upon the plaintiffs' motion for relief from judgment in the related case Greenbrier v. United States, Fed. Cl. No's: 96-326C, 96-364C, and 96-697. Defendant's counsel estimates that, given his obligations in other cases, he will be unable to prepare the defendant's response before April 23, 2007.

Furthermore, this enlargement is necessary because of the press of business in other matters for which defendant's counsel is responsible either as lead attorney or as a participant on a trial team. Defendant's counsel recently completed the trial of Claremont Village Commons v. United States, No. 94-10002C (Fed. Cl.), which took place from March 5, 2007, until March 19,

2007, and will be involved in preparing the Government's post-trial briefing. As a member of the trial teams for Independence Park Apts., et al. v. United States, Fed. Cl. No. 94-1-A-C, and Algonquin Heights, et al. v. United States, Fed. Cl. No. 97-582, counsel will be traveling out-of-town to take and defend fact and expert witness depositions and other discovery matters during the month of April.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

March 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of March 2007, a copy of the foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kenneth D. Woodrow