IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARRIER ARMS APARTMENTS, LTD., et al.

Plaintiffs,

v.

UNITED STATES,

Defendant.

No. 06-789
Hon. James F. Merow

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs, Carrier Arms Apartments, Ltd., et al, respectfully request this Court to enlarge the deadline for Plaintiffs' response to Defendant's Motion to Dismiss by forty-five (45) days, to and including July 9, 2007. Plaintiffs' response currently is due May 24, 2007.[1]

This is Plaintiffs' first request for an enlargement of time for this purpose. Plaintiffs' counsel has contacted counsel for Defendant regarding this motion for enlargement; counsel for Defendant has represented that Defendant does not oppose the motion.

The requested enlargement is necessary to allow Plaintiffs' counsel sufficient time to prepare Plaintiffs' response to Defendant's Motion to Dismiss. Plaintiffs' counsel have a number of commitments in other cases that will impact their ability to prepare and file Plaintiffs'

[1] On April 23, 2007, Defendant filed its Motion to Dismiss Plaintiffs' complaint. That same day, Plaintiffs filed an amended complaint as a matter of course pursuant to RCFC 15(a). The amendment was for the sole purpose of adding plaintiffs to the action. Thereafter, on May 10, 2007, Defendant filed a Motion to Dismiss Plaintiffs' amended complaint that incorporated all of Defendant's arguments from its original motion to dismiss. Despite the amended complaint and the later filed Motion to Dismiss, the Court's PACER records indicate that the May 24, 2007 deadline associated with the original Motion to Ddismiss remains in effect.

response by the current deadline. These commitments include: (1) preparation for oral argument scheduled for May 22, 2007 in *Holliday v. South Carolina,* No. 06-1668 (4th Cir.); (2) preparation of written discovery responses and production of documents by June 11, 2007 in *Mildenberger v. U.S.*, No. 06-760L (Fed. Cl.); and (3) preparation of an opening appellate brief due June 18, 2007 in *Greenbrier v. United States***,** No. 2007-5100 (Fed. Cir.). These commitments will not permit Plaintiffs' counsel sufficient time to prepare and file Plaintiffs' response by the current deadline.

In addition, during the period preceding the current deadline for Plaintiffs' response, Plaintiffs' counsel will be occupied with family commitments relating to high school graduation ceremonies for their children. Plaintiffs' counsel also will be out of the country on previously scheduled travel from June 1, 2007 through June 18, 2007. These circumstances will not allow Plaintiffs' counsel sufficient time to prepare and file Plaintiffs' response until the requested deadline.

Finally, the requested enlargement is appropriate in view of Plaintiffs' Motion to Stay Proceedings, filed on April 17, 2007.[2] Plaintiffs' motion to stay requests this Court to stay these proceedings pending the resolution of the appeal of this Court's decision in *Greenbrier v. United States*, 40 Fed. Cl. 689 (Fed. Cl. 1998). As explained in Plaintiffs' motion to stay, permitting this case to continue on a parallel track with the appeal in *Greenbrier* would not be in the interests of judicial economy and would not be an efficient use of resources. Moreover, an appellate ruling in favor of Plaintiffs in *Greenbrier* would render moot Defendant's Motion to Dismiss in this case. As a result, it is proper to grant the requested enlargement pending this Court's resolution of Plaintiffs' pending motion to stay.

[2] Defendant filed its opposition to this motion on May 4, 2007; Plaintiffs' reply is due May 18, 2007.

Accordingly, Plaintiffs request this Court to grant this unopposed motion to enlarge the deadline for their response to Defendant's motion to dismiss by forty-five (45) days, to and including July 9, 2007.

Respectfully submitted,

/s/ Roger Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W., Suite 410
Washington, D.C. 20036
202-822-6760
202-822-6774 (fax)

Dated: May 17, 2007

Counsel for Plaintiffs