# In the United States Court of Federal Claims

No. 06-789 C

(Filed June 1, 2007)

****************************************

CARRIER ARMS APARTMENTS, LTD.,
FIRST BROOKWOOD, LTD.,
FIRST PARKWOOD LIMITED PARTNERSHIP,
FIRST VILLAGE WEST LIMITED PARTNERSHIP,
HIGH HOUSE VILLAGE APARTMENTS, LTD.,
SKYLINE FOX HOLLOW JOINT VENTURE,
SOUTH PARK APARTMENTS, LTD.
SOUTHSIDE VILLAGE APARTMENTS, LTD.,
THE VILLAGES, LTD.,
UNIVERSITY GARDENS APARTMENTS, LTD.,
BROADWAY APARTMENTS,
CALIFORNIA PROPERTIES-LEISURE LIFE,
CALIFORNIA PROPERTIES-VILLAGES,
CALIFORNIA PROPERTIES-AGUILAR,
CALIFORNIA PROPERTIES-GARDENS,
EL CAPITAN APARTMENTS, LTD.,
GARLAND GARDENS, LTD.,
LEIGH ANN APARTMENTS, LTD.,
ROLLING MEADOWS, LTD.,
WALNUT MANOR LTD.,
5000 SOUTH HAMPTON TERRACE,
HENDERSON INC.,
VACAVILLE PARK APARTMENTS,
AMERICAN RIVER LIMITED PARTNERSHIP,
ASPEN MANOR, LIMITED PARTNERSHIP,
BEAR MOUNTAIN VILLAGE, LIMITED PARTNERSHIP,
CAMELOT NORTH COMPANY,
CAMELOT SOUTH COMPANY,
CANYON APARTMENTS COMPANY,
CASCADE TERRACE LIMITED PARTNERSHIP,
COTTONWOOD MANOR COMPANY,
ELLENDALE ARMS APARTMENTS,
ESCONDIDO PARK APARTMENTS,
FOOTHILL GARDENS LIMITED PARTNERSHIP
HOLLISTER PLAZA, LIMITED,
IMPERIAL VILLA APARTMENTS,
LA VERNE TERRACE LIMITED PARTNERSHIP,
LAUREL CANYON TERRACE,
MEYLER PARK APARTMENTS,
MILLER AVENUE APARTMENTS,
NAPA PARK, LTD.,
ONTARIO TOWNHOUSES,
PALMDALIA LIMITED PARTNERSHIP,
QUEEN ANN INVESTMENT COMPANY,
ROSE GARDENS HOUSING LIMITED PARTNERSHIP,

SANTA CLARA TERRACE COMPANY,
TEMPE APARTMENTS, LIMITED PARTNERSHIP,
TEMPE GARDEN I,
TRASK LIMITED PARTNERSHIP,
VERNAL HOUSING LIMITED PARTNERSHIP,
VILLA CAPRI LIMITED PARTNERSHIP,
WEST ARMS LIMITED PARTNERSHIP,
KPKA GREENLAKES CO.
CHURCHLAND SQUARE APARTMENTS,
DUNDALE SQUARE,
HARPERS SQUARE APARTMENTS,
JOHN KNOX,
LAKE VILLAGE,
SECOND LAKE VILLAGE,
BAYSIDE VILLAGE APARTMENTS,
BULLOCKS POINT ASSOCIATES,
EAST GREEN HILLS APARTMENTS, LTD.,
HARBORVIEW TOWERS ASSOCIATES,
MAYFLOWER VILLAGE ASSOCIATES,
ROLLING GREEN ASSOCIATES,
DUARTE MANOR ASSOCIATES,
ESTATE OF DANIEL E. FOLEY,
GREENWOOD GARDENS ASSOCIATES,
HAPPY VALLEY VILLA,
HOLLYWOOD EAST APARTMENTS, LTD.
HOUSTON HOMES #1 LTD.,
L.A. PRO III APARTMENTS,
L.A. PRO VII APARTMENTS, LTD.,
L.A. PRO XXXII APARTMENTS LTD.,
MID CITY APARTMENTS LTD.,
MIDTOWN APARTMENTS LTD.,
NELD NORTH APARTMENTS LTD.,
REALTY PARTNERS PROP. LTD.,
REALTY PARTNERS PROP. LTD.,
SHERIDAN EAST VILLA,
SHERIDAN MANOR,
SHERIDAN SOUTH VILLA,
SHERIDAN WEST VILLA,
TURNER INVESTMENT LTD.,
WESTSIDE APARTMENTS LTD.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

*************************************************

# ORDER

Plaintiffs move to stay proceedings in this case pending resolution by the Federal Circuit of Appeal No. 07-5100. This appeal is from the order filed March 14, 2007, denying a RCFC 60(b) motion plaintiffs filed for relief from the judgment entered in *Greenbrier, et al. v. United States*, 40 Fed. Cl. 680 (1998), *aff'd*, 193 F.3d 1348 (Fed. Cir. 1999).

Defendant, having filed a motion to dismiss the instant case, opposes a stay of proceedings, and argues that the dispositive motion proceedings should continue to resolution. Plaintiffs argue that the stay will conserve resources for all concerned in that were *Greenbrier* proceedings to be reinstated, the instant case, involving the same plaintiffs, would be rendered moot. Defendant responds that if the *Greenbrier* judgment is not reopened, a stay will have served no valid purpose.

Both parties have good arguments supporting their positions on a present stay of proceedings. However, it is concluded that the better course of action is to freeze any further expenditure of time and effort on this case until the Federal Circuit's decision on Appeal No. 07-5100 is rendered. At that point, all concerned will be in a better position to determine the nature and extent of any further proceedings required in this litigation.

Accordingly, it is **ORDERED**:

(1) Plaintiffs' motion for a stay, filed April 17, 2007, is **GRANTED**;

(2) Proceedings in this matter shall be stayed until the Federal Circuit renders its decision on Appeal No. 07-5100;

(3) Within 30 days after the final resolution of Appeal No. 07-5100, counsel shall notify the court by a status report(s) as to any further proceedings deemed to be required in this litigation.

s/ James F. Merow
James F. Merow
Senior Judge