IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARRIER ARMS APARTMENTS, LTD., *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-789<br>Hon. James F. Merow |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' STATUS REPORT**

This Plaintiffs' Status Report is filed pursuant to this Court's Order dated April 17, 2007. Counsel for the Defendant has advised counsel for Plaintiffs that he does not oppose the filing of this Status Report. At present, the Plaintiffs are evaluating the results of the Federal Circuit's decision in *Greenbrier v. United States*, No. 2007-5100 (Jan. 14, 2008). Accordingly, Plaintiffs request sixty (60) days to continue their discussions with the Defendant, at which time they will present a proposal on how to proceed in this lawsuit.

Respectfully submitted,

/s/ Roger J. Marzulla

Roger J. Marzulla
MARZULLA LAW
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
202-822-6760
202-882-6774 (fax)
Attorney for Plaintiffs

Dated: February 13, 2008