# In the United States Court of Federal Claims

No. 06-789 C

(Filed February 13, 2008)

*******************************************

CARRIER ARMS APARTMENTS, LTD.,
FIRST BROOKWOOD, LTD.,
FIRST PARKWOOD LIMITED PARTNERSHIP,
FIRST VILLAGE WEST LIMITED PARTNERSHIP,
HIGH HOUSE VILLAGE APARTMENTS, LTD.,
SKYLINE FOX HOLLOW JOINT VENTURE,
SOUTH PARK APARTMENTS, LTD.
SOUTHSIDE VILLAGE APARTMENTS, LTD.,
THE VILLAGES, LTD.,
UNIVERSITY GARDENS APARTMENTS, LTD.,
BROADWAY APARTMENTS,
CALIFORNIA PROPERTIES-LEISURE LIFE,
CALIFORNIA PROPERTIES-VILLAGES,
CALIFORNIA PROPERTIES-AGUILAR,
CALIFORNIA PROPERTIES-GARDENS,
EL CAPITAN APARTMENTS, LTD.,
GARLAND GARDENS, LTD.,
LEIGH ANN APARTMENTS, LTD.,
ROLLING MEADOWS, LTD.,
WALNUT MANOR LTD.,
5000 SOUTH HAMPTON TERRACE,
HENDERSON INC.,
VACAVILLE PARK APARTMENTS,
AMERICAN RIVER LIMITED PARTNERSHIP,
ASPEN MANOR, LIMITED PARTNERSHIP,
BEAR MOUNTAIN VILLAGE, LIMITED PARTNERSHIP,
CAMELOT NORTH COMPANY,
CAMELOT SOUTH COMPANY,
CANYON APARTMENTS COMPANY,
CASCADE TERRACE LIMITED PARTNERSHIP,
COTTONWOOD MANOR COMPANY,
ELLENDALE ARMS APARTMENTS,
ESCONDIDO PARK APARTMENTS,
FOOTHILL GARDENS LIMITED PARTNERSHIP
HOLLISTER PLAZA, LIMITED,
IMPERIAL VILLA APARTMENTS,
LA VERNE TERRACE LIMITED PARTNERSHIP,
LAUREL CANYON TERRACE,
MEYLER PARK APARTMENTS,
MILLER AVENUE APARTMENTS,
NAPA PARK, LTD.,
ONTARIO TOWNHOUSES,
PALMDALIA LIMITED PARTNERSHIP,
QUEEN ANN INVESTMENT COMPANY,
ROSE GARDENS HOUSING LIMITED PARTNERSHIP,

SANTA CLARA TERRACE COMPANY,
TEMPE APARTMENTS, LIMITED PARTNERSHIP,
TEMPE GARDEN I,
TRASK LIMITED PARTNERSHIP,
VERNAL HOUSING LIMITED PARTNERSHIP,
VILLA CAPRI LIMITED PARTNERSHIP,
WEST ARMS LIMITED PARTNERSHIP,
KPKA GREENLAKES CO.
CHURCHLAND SQUARE APARTMENTS,
DUNDALE SQUARE,
HARPERS SQUARE APARTMENTS,
JOHN KNOX,
LAKE VILLAGE,
SECOND LAKE VILLAGE,
BAYSIDE VILLAGE APARTMENTS,
BULLOCKS POINT ASSOCIATES,
EAST GREEN HILLS APARTMENTS, LTD.,
HARBORVIEW TOWERS ASSOCIATES,
MAYFLOWER VILLAGE ASSOCIATES,
ROLLING GREEN ASSOCIATES,
DUARTE MANOR ASSOCIATES,
ESTATE OF DANIEL E. FOLEY,
GREENWOOD GARDENS ASSOCIATES,
HAPPY VALLEY VILLA,
HOLLYWOOD EAST APARTMENTS, LTD.
HOUSTON HOMES #1 LTD.,
L.A. PRO III APARTMENTS,
L.A. PRO VII APARTMENTS, LTD.,
L.A. PRO XXXII APARTMENTS LTD.,
MID CITY APARTMENTS LTD.,
MIDTOWN APARTMENTS LTD.,
NELD NORTH APARTMENTS LTD.,
REALTY PARTNERS PROP. LTD.,
REALTY PARTNERS PROP. LTD.,
SHERIDAN EAST VILLA,
SHERIDAN MANOR,
SHERIDAN SOUTH VILLA,
SHERIDAN WEST VILLA,
TURNER INVESTMENT LTD.,
WESTSIDE APARTMENTS LTD.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

********************************************************

**ORDER**

On February 13, 2008, Plaintiffs' Status Report was filed. Plaintiffs have requested an additional sixty days to continue their discussions with defendant, at which time they will present a proposal on how to proceed.

Accordingly, it is **ORDERED** that the stay is enlarged to an including April 14, 2008, at which time plaintiffs may file a status report proposing further proceedings.

s/ James F. Merow
James F. Merow
Senior Judge