IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARRIER ARMS APARTMENTS, LTD., et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-789 |
| | ) | (Hon. James F. Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Carrier Arms Apartments, Ltd. et al., submit this Notice of Voluntary Dismissal without prejudice under RCFC 41(a)(1).

Respectfully submitted,

s/ Roger J. Marzulla

Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
MARZULLA & MARZULLA
1350 Connecticut Ave., N.W.
Suite 410
Washington, DC 20036
202-822-6760
202-882-6774 (fax)

Dated: June 13, 2008

Counsel for Plaintiffs