IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARRIER ARMS APARTMENTS, LTD., et al.

Plaintiffs,

v.

UNITED STATES,

Defendant.

No. 06-789
Hon. James F. Merow

**PLAINTIFFS' STATUS REPORT**

In compliance with this Court's Order dated May 7, 2008, Plaintiffs respectfully submit this status report. As reported in our April 14, 2008 status report, counsel for Plaintiffs has been consulting with our clients to determine how to proceed with this case in view of the Federal Circuit's decision in *Greenbrier v. United States*, 260 Fed. Appx. 314 (Fed. Cir. 2008). Having concluded these consultations, Plaintiffs have elected to voluntarily dismiss this case, without prejudice, under RCFC 41(a)(1), which states that:

> Subject to the provisions of RCFC 23 and of any statute of the United States, an action may be dismissed by the plaintiff without order of court
>
> (i) by filing a notice of dismissal at any time before service of an answer or of a motion for summary judgment, whichever first occurs . . .
>
> Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice . . . .

Plaintiffs' Counsel has consulted with Defendant's Counsel, who does not consent to dismissal without prejudice. Plaintiffs note, however, that they have the right to dismiss without prejudice under Rule 41 without Defendant's consent and without an

order of Court, since Defendant has filed neither an Answer nor a Motion for Summary Judgment.

Respectfully submitted,

_s/ Roger J. Marzulla
Roger J. Marzulla
Nancie G. Marzulla
Gregory T. Jaeger
MARZULLA LAW
1350 Connecticut Ave., N.W.,
Suite 410
Washington, DC 20036
202-822-6760
202-882-6774 (fax)

Dated: June 13, 2008

Attorney for Plaintiffs